| | |
|---|---|
| IN RE: FIRE APPARATUS ANTITRUST LITIGATION | Case No. 2:26-md-03179-WCG |
| This document relates to all cases | Hon. William C. Griesbach |

## STATUS REPORT OF ZELLE/AMC/COTCHETT PLAINTIFFS

We represent Plaintiffs the United Government of Wyandotte County and Kansas City, Kansas ("the UG"), the City of Arcadia, California, and the City of Las Vegas, Nevada.[1] Per the Court's Order directing the parties to meet and confer regarding the selection of lead counsel, we write to provide a status report on that issue as it pertains to actions seeking relief on behalf of a proposed class of "indirect purchasers" of fire apparatus.

Counsel who sought and obtained appointment as interim lead counsel by Judge Conway in proceedings to which the UG and several other plaintiffs in this MDL were not parties believe that appointment has already decided the issue. We disagree.

The purpose of this MDL is to achieve the just, speedy, and efficient resolution of these cases. Federal Rule of Civil Procedure 16.1(b)(2)(A), enacted last December, encourages MDL transferee courts to appoint leadership counsel. Indeed, when the UG filed in its home forum of Kansas City, Zelle contacted counsel to advise of its intent to address leadership at the appropriate time. Now is that time.

---

[1] Las Vegas has not yet filed an action but recently authorized filing a class action. Zelle LLP and Antimonopoly Counsel (AMC) represent Las Vegas.

Our complaints allege meritorious legal theories arising from Defendants' unlawful acquisition of market power and potential injunctive relief. The "consolidated amended complaint" filed in Judge Conway's court, however, does not allege many of the important facts alleged in our complaints, nor does it allege those legal theories or claims. If that consolidated complaint were the operative one, it could incentivize class members to opt out and file their own cases, thus increasing the number of actions in this MDL and decreasing efficiency.

While the consolidated amended complaint omits many of the vital facts, theories, and claims we allege, it cites more than a dozen times to the January 2025 article that one of the UG's lawyers, Basel Musharbash of AMC, wrote that first provided the roadmap for these cases. In fact, the first cases in this MDL were filed after a Congressional subcommittee hearing prompted by the efforts of Mr. Musharbash and the UG's fire chief (both of whom testified).

The City of Arcadia and its counsel, too, have strong views about this case and leadership. California has experienced unprecedented and catastrophic wildfire destruction and escalating fire risk. As a city in southern California, the January 2025 wildfires deeply affected the City of Arcadia. This litigation implicates critical public safety interests for it and, consequently, it was the first political subdivision in California to step forward to file an action.

We ask only for the opportunity to present our position to the Court for its consideration.[2] We recognize the importance of speed and efficiency and are therefore prepared to submit an application of no more than 25 pages, exclusive of exhibits, as soon as May 15, 2026, and to stand on those papers with no further briefing filed in opposition or reply. If the Court has questions, we would of course be happy to answer them.

---

[2] The City of Liberty, Missouri, and its counsel support this request.

Dated: May 8, 2026

Respectfully Submitted,

*/s/ Jennifer D. Hackett*
James R. Martin
Jennifer D. Hackett
Sabrina A. Nelson
Noah Wolfenstein
Desmond Sims
ZELLE LLP
1775 Pennsylvania Avenue, NW
Suite 375
Washington, DC 20006
Telephone: (202) 899-4100
Facsimile: (612) 336-9100
jmartin@zellelaw.com
jhackett@zellelaw.com
snelson@zellelaw.com
nwolfenstein@zellelaw.com
dsims@zellelaw.com

Basel J. Musharbash
Anureet Sandhu
Domenic Powell
ANTIMONOPOLY COUNSEL
101 W. Houston Street
Paris, Texas 75460
Telephone: (903) 205-8422
Fax: (903) 347-2917
basel@antimonopoly.us
anu@antimonopoly.us
domenic@antimonopoly.us

*Attorneys for Plaintiffs the Unified*
*Government of Wyandotte County and Kansas*
*City, Kansas and City of Las Vegas, Nevada*

*s/ Elizabeth T. Castillo*
Adam J. Zapala
Elizabeth T. Castillo
Christopher F. Jeu
Christian S. Ruano
Lauren A. Devens
COTCHETT, PITRE & McCARTHY LLP
840 Malcolm Road
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577
azapala@cpmlegal.com
ecastillo@cpmlegal.com
cjeu@cpmlegal.com
cruano@cpmlegal.com
ldevens@cpmlegal.com

*Attorneys for Plaintiff City of Arcadia,*
*California*